JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO Y. SCRIGNA, et al., | Case No. CV 14-5782-JGB (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CALIFORNIA SUPERIOR COURT CHILDREN'S COURT, et al., | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed with prejudice.

Dated: August 25, 2014

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE